UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F.P. BOOKS & NEWS - Pontiac, Inc.,
a Michigan Corporation, and
OLSAFSKY REAL ESTATE INVESTMENTS, LP,
a Georgia Limited Partnership,

            Plaintiffs,

v.                                                                          Civil Action No.
                                                                            05-70408

CITY OF PONTIAC,
A Michigan Municipal Corporation,

            Defendant.                             HONORABLE
_____/     VICTORIA A. ROBERTS

## ORDER OF DISMISSAL

Pursuant to the agreement of the parties, it is Ordered that this case be, and is, hereby dismissed without prejudice and without costs or legal fees to any party.


Dated:   12/30/05                              /s/ Victoria A. Roberts
                                               **VICTORIA A. ROBERTS**
                                               **DISTRICT COURT JUDGE**